Lothar Goernitz
P. O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| AXIENT LEASING LLC | ) | CASE NO. 01-08682-PHX-GBN |
| | ) | |
| | ) | TRUSTEE'S OBJECTION |
| | ) | TO PROOF OF CLAIM |
| | ) | AND NOTICE THEREON |
| Debtor(s) | ) | |

COMES NOW Lothar Goernitz, duly appointed, qualified and acting trustee in the above-captioned estate, and objects to the following claim:

No: 30 Filed on: 11/30/01 for $13,096.16 by or on behalf of
Name:     NILS H. MC CARTHY
Address:   P.O. BOX 84106
           PHOENIX, AZ 85071

upon the following grounds:

_____ Said claimant asserts a lien on certain property of the debtor's estate and said claimant has or should have looked to said property for payment of the debt thereby secured.

_____ Does not include a copy of _____writing upon which it is based;

          _____ an itemized statement of account;

          _____ underlying judgment;

          _____ security agreement and evidence of its perfection;

          _____ assignment(s) upon which it is based.

**X     THE MAXIMUM AMOUNT ALLOWABLE FOR A WAGE CLAIM IS $4,000.00.**

The trustee recommends said claim be treated as follows:  CLAIM BE ALLOWED FOR THE AMOUNT OF $4,000.00.

NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the trustee unless on or before MARCH 18, 2010, (14) days from service plus (3) days for mailing, the creditor EITHER:

          1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the trustee AND receives from the trustee a withdrawal of objection;

OR

          2. Files and serves a response to the objection with the Clerk of the Court, Brian D. Karth, 230 N. 1st Ave, Suite 101, Phoenix, AZ 85003-1706, and mails a copy thereof to the trustee at: P. O. Box 32961, Phoenix, AZ 85064. If the claimant timely files and serves a response to the objection, the trustee shall request a hearing from the court, which hearing shall be held on at least 30 days notice to the claimant.

A true and exact copy of this objection has been forwarded on the date as appears below to the claimant at the address listed above.

Date: March 1, 2010

          /s/ Lothar Goernitz
          Lothar Goernitz, Trustee