Lothar Goernitz  
P. O. Box 32961  
Phoenix, AZ 85064  
(602) 263-5413  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA  

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) |
| AXIENT LEASING LLC | ) CASE NO. 01-08682-PHX-GBN |
| | ) |
| | ) |
| | ) APPLICATION FOR ORDER FOR |
| Debtor(s) | ) PAYMENT OF UNCLAIMED FUNDS |
| | ) U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2 | 01/08/04 | AMERICAN TELEPHONE<br>7363 E. TIERRA BUENA LANE<br>SCOTTDALE, AZ 85260 | $21.20 |
| 9 | 01/08/04 | CD & L AIR DIVISION<br>SUREWAY WORLDWIDE LLC<br>NEWARK POST OFFICE<br>PO BOX 35478<br>NEWARK, NJ 07193-5478 | $1,483.35 |
| 18 | 01/08/04 | MCLEOD USA<br>PO BOX 410460<br>SALT LAKE CITY, UT 84141-0460 | $115.51 |
| 23 | 01/08/04 | PRINCIPAL FINANCIAL GROUP<br>711 HIGH STREET<br>DES MOINES, IA 50392 | $346.88 |
| 33 | 01/08/04 | SUREWAY WORLDWIDE<br>NEWARK POST OFFICE<br>PO BOX 35478<br>NEWARK, NJ 07193-5478 | $4,736.65 |
| 108 | 10/14/04 | PITNEY BOWES<br>PO BOX 856390<br>LOUISVILLE, KY 40285-6390 | $21.90 |

Date: <u>April 12, 2010</u>     /s/ Lothar Goernitz  
                                 Lothar Goernitz, Trustee